**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6132**

---

REGINA ANNETTE SAUNDERS,

Plaintiff - Appellant,

versus

RICHMOND CITY JAIL, Medical Department;
CAPTAIN MIHON,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-96-1239-AM)

---

Submitted: August 14, 1997        Decided: August 21, 1997

---

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Regina Annette Saunders, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Regina Annette Saunders appeals the district court's order dismissing without prejudice her 42 U.S.C. § 1983 (1994) complaint. Saunders' complaint was conditionally docketed by an order which required Saunders to sign and return a form consenting to the collection of the filing fee. The district court could properly require such collection from an inmate under 28 U.S.C.A. § 1915 (West 1994 & Supp. 1997). Accordingly, its dismissal of the action, without prejudice, when Saunders failed to comply with its order was not an abuse of discretion. We therefore affirm the judgment below. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2